No. 05–6615. NEWSOME v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 05–6619. STEVENS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6620. ROCKENBACK v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 05–6621. LOZANO-MORALES v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 05–6628. AYON-CONTRERAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 05–6629. BIVENS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 05–6631. AFANASJEV ET UX. v. HURLBURT, UNITED STATES MARSHAL, ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 05–6635. TURNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6636. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–6637. CORTEZ-ESPINOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6638. DOUGLAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 05–6641. MCCARTHAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6642. MARTINEZ-RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–6643. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 05–6644. MARINES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.